**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA

    **Plaintiff**

       **v.**                             **CRIMINAL NO.** 06-0060(JAG)

RAFAEL RIVERA-VAZQUEZ(20),

    **Defendant(s)**

**ORDER**

The deadline for filing objections to the Magistrate-Judge's Report and Recommendation has elapsed.  Upon review of the record, the Court adopts the Report and Recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22nd day of March, 2006.

S/Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
United States District Judge